UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

JAN 15 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> ) <br> The Priority Mail parcel bearing tracking ) <br> number **9505 5065 8726 9009 0778 17**, ) <br> addressed to: "Jamel Harrison 1537 Keelen DR. ) <br> Saint Louis MO. 63136." ) <br> ) | No. 4:19 MJ 18 (DDN) |

## GOVERNMENT'S MOTION FOR ORDER UNSEALING DOCUMENTS

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and moves this Court for an order directing the Clerk of the District Court, without further notice to the Government, to unseal the search warrant(s) or other similar orders(s), issued pursuant to Fed.R.Crim.P. 41, along with its application, affidavit, return, and other related documents filed in this matter, following the passage of 14 days from the date of this Motion.

Dated this  15th  day of January, 2019.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_s/John T Davis_
JOHN T DAVIS, #40915MO
Assistant United States Attorney

SO ORDERED.

_David D. Noce_
DAVID D. NOCE
United States Magistrate Judge

Signed this 15th day of January, 2019.