**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| the Priority Mail parcel bearing tracking number **9505 5065 8726 9009 0778 17**, addressed to: "Jamel Harrison 1537 Keelen DR. Saint Louis MO. 63136." | ) ) ) ) ) | No. 4:19 MJ 18 (DDN)<br><br>**FILED UNDER SEAL** |

## MOTION FOR CONTINUED SEALING

Comes now the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and John T Davis, Assistant United States Attorney for said District, and moves this Court for an order directing that the application, search warrant and affidavit entered by this Court continue to be sealed until December 13, 2019, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

In support of this Motion, the government provides the following facts establishing that (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

The facts submitted in the affidavit in support of the instant application for a search warrant have been determined as part of an ongoing investigation that involves individuals in at least two districts in separate states.   At the present time it is unknown whether the addressee on the instant package is an unknowing dupe of the senders.   Nor has it been determined whether the sender is in fact the person identified on the package or a fictitious person.   Exposing the identities of the sender and recipient of the package would unnecessarily expose these

individuals, who may be innocent parties, to unjustified notoriety, particularly if the results of the investigation do not result in the filing of criminal charges.

JEFFREY B. JENSEN
United States Attorney

 *s/John T Davis*
JOHN T DAVIS, #40915MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

Dated: June 13, 2019

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| the Priority Mail parcel bearing tracking ) | No. 4:19 MJ 18 (DDN) |
| number **9505 5065 8726 9009 0778 17**, ) | |
| addressed to: "Jamel Harrison 1537 Keelen ) | **FILED UNDER SEAL** |
| DR. Saint Louis MO. 63136." ) | |

## O R D E R FOR CONTINUED SEALING

On motion of the United States of America, it is hereby ordered that the application, search warrant and affidavit and this Order issued thereto be sealed until December 13, 2019, except for the limited purposes of providing same to defense counsel pursuant to Rules 12 and 16 of the Federal Rules of Criminal Procedure.

This Order is based upon the sealed motion of the government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

DAVID D. NOCE
UNITED STATES MAGISTRATE JUDGE

Dated: This _____ day of June, 2019.